IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**KRYSTAL SCHROEDER,**                        CASE NO. 3:21 CV 1760

    Plaintiff,

    v.                                            JUDGE JAMES R. KNEPP II

**BROOKS' COUNTRY**
**MERCANTILE, LLC, et al.,**

    Defendants.                     **ORDER OF DISMISSAL**

Following the close of the pleadings in this case, Defendant Brooks' Country Mercantile, LLC submitted evidence it did not employ enough individuals during the relevant time period so as to meet the definition of "employer" under Title VII, 42 U.S.C. § 2000e(b). *See* Doc. 14-1. Therefore, the Court issued an Order instructing Plaintiff to show cause why summary judgment should not be granted to Defendants on the Title VII claim. (Doc. 15). Plaintiff has filed her response, stating that she has no contrary evidence. *See* Doc. 16, at 2. As such, the Court grants summary judgment to Defendants on Plaintiff's Title VII claim.

The remaining claims asserted by Plaintiff arise under state law. *See* Doc. 1. Because all federal claims have been dismissed, and this case remains in very early stages, the Court declines to exercise supplemental jurisdiction over the remaining state law claims. *See* 28 U.S.C. § 1367(c)(3); *United Mine Workers v. Gibbs*, 383 U.S. 715, 726 (1966) ("Certainly, if the federal claims are dismissed before trial . . . the state claims should be dismissed as well.").

For the foregoing reasons, good cause appearing it is

ORDERED that judgment is entered in favor of Defendants on Plaintiff's claims arising under Title VII; and it is

FURTHER ORDERED that the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claims and those claims are DISMISSED WITHOUT PREJUDICE.

 s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE